# UNITED STATES DISTRICT COURT
## for
### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 06, 2016

SEAN F. McAVOY, CLERK

| U.S.A. vs. | McFarland, Kelly M. | Docket No. | 0980 1:15-CR-02007-SMJ-1 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

COMES NOW Linda J. Leavitt, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Kelly M. McFarland, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers via video-conference in the court at Yakima, Washington, on the 18th day of September 2015, under the following conditions:

**Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner. Defendant may not possess or use marijuana, regardless of whether the defendant has been prescribed a medical marijuana card.

**Condition #17**: Substance Abuse Evaluation: Defendant shall undergo a substance abuse evaluation as directed by a U.S. Probation Officer. Defendant shall complete treatment indicated by an evaluation or recommended by Pretrial Services and shall comply with all rules of a treatment program. Defendant shall be responsible for the cost of testing, evaluation and treatment, unless the United States Probation Office should determine otherwise. The United States Probation Office shall also determine the time and place of testing and evaluation and the scope of treatment. If Defendant fails in any way to comply or cooperate with the requirements and rules of a treatment program, Pretrial Services shall notify the court and the U.S. Marshal, who will be directed to immediately arrest the Defendant.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant is alleged to be in violation of her conditions of pretrial supervision in the Eastern District of Washington by:

**Violation #1**: Consuming a controlled substance, methamphetamine, on or about December 29, 2015.

**Violation #2:** Failing to abide by Sundown M. Ranch outpatient treatment program requirements, thereby being terminated from treatment on January 5, 2016.

REQUESTING A WARRANT BE ORDERED AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 6, 2016

by    s/Linda Leavitt

Linda J. Leavitt
U.S. Pretrial Services Officer

THE COURT ORDERS
[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violations contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_James P. Hutton_
Signature of Judicial Officer

1/6/2016
Date